**Order entered October 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00687-CR

### CHRISTY ALLANE RODRIGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 064768**

## ORDER

On September 8, 2015, this Court struck the *Anders* brief filed by counsel in support of his motion to withdraw because it did not comply with the requirements of *Anders v. California* and its progeny. We ordered appellant to file an amended brief within thirty days. The Court now has before it counsel's October 7, 2015 motion seeking a thirty-day extension of time to file the amended brief, citing his caseload as the basis for the requested extension.

We **GRANT** the motion and **ORDER** counsel to file, within **THIRTY DAYS** of the date of this order, either an *Anders* brief that adequately addresses all of the issues identified above or a brief raising issues on the merits. No further extensions will be granted.

We **ORDER** We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/ ADA BROWN
   JUSTICE